IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
   **Plaintiff**

  **v.**

**GEORGE ANTHONY DIGIORGIO-ALEGRE,**
   **Defendant**

**Criminal No. 07-009 (ADC)**

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on June 20, 2007. (**Docket No. 35**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **George Anthony Digiorgio-Alegre** be adjudged guilty of the offenses charged in Count I (18 U.S.C. §§ 1344(2) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

Criminal No.07-009 (ADC)                                                                                          Page -2-

**The sentencing hearing is set for September 17, 2007 at 10:00 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of July, 2007.

                                                        S/**AIDA M. DELGADO-COLON**
                                                        **United States District Judge**